UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-127 |
| | ) | (VARLAN/SHIRLEY) |
| ANDRE MCGRAW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This cause is before the undersigned on the defendant's Motion To Revise Memorandum In Support Of Motion To Suppress Evidence Obtained At Apartment 285G Morningside Apartments [Doc. 64-1], filed on June 2, 2006. Defendant seeks to revise the Memorandum of Law accompanying his suppression motion and has attached a "Revised Memorandum in Support of Motion to Suppress Evidence."

The government has failed to respond to, or otherwise oppose, the instant motion, and the time for doing so has passed. See E.D.TN. LR 7.1(a), 7.2. Thus, having reviewed the defendant's motion and proposed revisions, the Court, for good cause shown, **GRANTS** the defendant's motion [**Doc. 64-1**].

Accordingly, the Court **ORDERS** that the requested revisions [Doc. 64-2] be incorporated into the Memorandum in Support of Motion to Suppress Evidence Obtained at Apartment 285G Morningside Apartments.

**IT IS SO ORDERED.**

ENTER:


   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge